**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Lionel NABA–PEREZ, Defendant—
Appellant.**

No. 04–10508.

D.C. No. CR–03–02312–CKJ/JCC.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 1, 2005.[*]

Decided Aug. 4, 2005.

Bradley Giles, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Enrique R. Gonzales, Nogales, AZ, for Defendant–Appellant.

Before O'SCANNLAIN, CALLAHAN and BEA, Circuit Judges.

MEMORANDUM [**]

Lionel Naba–Perez appeals his conviction and 43–month sentence imposed following his guilty plea to one count of possession with intent to distribute marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vii).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Naba–Perez has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Naba–Perez has not filed a pro se supplemental brief. The government has not filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We affirm the conviction.

The sentence is remanded for the district court to determine whether it would have sentenced Naba–Perez differently under the now-advisory federal sentencing guidelines. If so, the district court shall vacate Naba–Perez' sentence and re-sentence him under the advisory Guidelines. If not, Naba–Perez' sentence shall remain undisturbed. *See United States v. Hermoso–Garcia,* No. 04–30196, 2005 WL 1579507 at *3 (9th Cir. July 7, 2005).

Counsel's motion to withdraw is denied.

Conviction AFFIRMED and Sentence REMANDED.

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.